## *Ex parte* Smith.

Charles L. Bromberg, for petitioner.

No counsel marked as appearing for respondent.

This was a petition for a *mandamus*, originally filed in the Supreme Court, asking for the issuance of a writ of *mandamus*, addressed to the judge of the circuit court of Mobile county, compelling him to strike the cause of T. M. McMillan *v.* Jacob E. Smith, the petitioner, from the docket of the Circuit Court of Mobile. The rule *nisi* prayed for was denied.

Opinion Per Curiam.